IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA      )
                              )      CRIMINAL ACTION NO.
     v.                       )         2:17cr97-MHT
                              )            (WO)
COREY DEWAYNE JONES           )

ORDER

In a report dated June 2, 2017, Dr. Catherine L.
Boyer, after conducting a full and complete
psychological evaluation of defendant Corey Dewayne
Jones, concluded: "While he does suffer from a mental
disorder, there is no evidence that symptoms of that
disorder are currently interfering with Mr. Jones's
ability to rationally understand the proceedings and
communicate with his attorney. In my opinion, Mr.
Jones is presently competent to proceed with this
case." Psychological Evaluation (doc. no. 43).

However, Dr. Boyer further stated: "[D]efense
counsel and key parties to the proceedings should be
alert to the possibility that Mr. Jones's mental

condition could deteriorate. If this occurs, his competency may need to be reevaluated." *Id*.

Accordingly, based on the above psychological evaluation as well as the parties' representations about and the court's observations of defendant Corey Dewayne Jones during the sentencing hearing in open court on October 27, 2017, it is the ORDER, JUDGMENT, and DECREE of the court that defendant Corey Dewayne Jones is not suffering from a mental disease or defect rendering him mentally incompetent to the extent that he not able to understand the nature and consequences of the proceedings against him or to assist properly in his defense. The court holds that he is currently competent to stand trial and proceed.

However, it is further ORDERED that the court and the parties are on notice that defendant Jones's mental condition could deteriorate and it may be necessary for

him to be reevaluated, in particular during supervised release.

DONE, this the 31st day of October, 2017.

                                  /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE