IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:17cr97-MHT |
| | ) | (WO) |
| COREY DEWAYNE JONES | ) | |

## FINAL ORDER OF FORFEITURE

On July 27, 2017, this court entered a preliminary order of forfeiture (doc. no. 28) ordering defendant Corey Dewayne Jones to forfeit his interest in the following property: a Smith & Wesson, model SW9VE, 9mm semi-automatic pistol, bearing serial number DWE1033; 10 rounds of 9mm Luger ammunition containing the head-stamp "WIN 9mm Luger" and 12 rounds of 9mm Luger ammunition containing the head-stamp "R-P 9mm Luger."

Publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions as the property is worth less than $1,000 and the only potential claimants are defendant and Andrea Jenckes.

The government gave defendant notice in the indictment (doc. no. 1) that it would seek the forfeiture of all property involved in the commission of the offenses in violation of 18 U.S.C. § 922(g)(1).  Further, defendant consented to the forfeiture of the property in his plea agreement (doc. no. 23, p. 3).

On August 3, 2017, notice of this forfeiture was served by certified mail upon Andrea Jenckes (doc. no. 29).

The court finds that defendant Corey Dewayne Jones has an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c).  The United States has established the requisite nexus between such property in the commission of the offenses in violation of 18 U.S.C. § 922(g)(1).

Accordingly, it is ORDERED that the United States' motion for a final order of forfeiture (doc. no. 37) is granted as follows:

1. The following property is hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c): a Smith & Wesson, model SW9VE, 9mm semi-automatic pistol, bearing serial number DWE1033; 10 rounds of 9mm Luger ammunition containing the head-stamp "WIN 9mm Luger," and 12 rounds of 9mm Luger ammunition containing the head-stamp "R-P 9mm Luger;"

2. All right, title and interest to the property described above is hereby condemned, forfeited, and vested in the United States, and shall be disposed of according to law;

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order; and,

4. The clerk of the court shall forward a certified copy of this order to the United States Attorney's Office.

DONE, this the 8th day of November, 2017.

                                          /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**