IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:17cr97-MHT
                            )          (WO)
COREY DEWAYNE JONES         )
```

ORDER

Based on representations made on the record on December 18, 2023, it is ORDERED that:

(1) As a condition of supervised release, in addition to those outlined in the Judgment (Doc. 46), the defendant Corey Dewayne Jones shall not consume alcohol.

(2) As another condition of supervised release, the supervising probation officer shall arrange for defendant Jones to participate in Narcotics Anonymous or Alcoholics Anonymous or, preferably, a similar program that addresses both drug and alcohol abuse until further order of the court.  Such a program shall include a sponsor for support.

(3) The supervising probation officer shall also assure that anyone providing mental-health treatment to defendant Jones should specifically address, <u>and is competent to address</u>, all the issues identified by Dr. Ashlee Zito in her psychological evaluation (Doc. 60), including domestic violence and defendant Jones's inability to keep a job. Accordingly, the supervising probation officer shall provide a copy of the evaluation to any such provider.

It is further ORDERED that, by February 16, 2024, the supervising probation officer and defense counsel shall file reports on how defendant Jones is faring in general and whether he is fully complying with all the conditions of supervised release.

DONE, this the 19th day of December, 2023.

                                                 /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE